**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kustom Partner, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2490297** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **18101 Von Karman Avenue**<br>**Suite 1100**<br>**Irvine, CA 92612-0154**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Kustom Partner, LLC**                                              Case number (*if known*) _____
    Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
If more than 2 cases, attach a separate list.    ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor  **Kustom Partner, LLC**  _____    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **The Little Brown Box Pizza, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Central District of California**    When **12/08/2025** | Case number, if known | **8:25-bk-13452** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Kustom Partner, LLC**                                                          Case number (*if known*)
          <sub>Name</sub>

---

**16.   Estimated liabilities**
☐ $0 - $50,000                    ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

Debtor    **Kustom Partner, LLC**                                    Case number (*if known*) _____
_____ Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2025**
_____
MM / DD / YYYY

**X** **/s/ Carl Chang**                                    **Carl Chang**
_____        _____
Signature of authorized representative of debtor        Printed name

Title    **Founder**
_____

**18. Signature of attorney**

**X** **/s/ Belinda M. Vega**                    Date    **December  8, 2025**
_____        _____
Signature of attorney for debtor                MM / DD / YYYY

**Belinda M. Vega**
_____
Printed name

**Venable LLP**
_____
Firm name

**2049 Century Park East, Suite 3400**
**Los Angeles, CA 90067**
_____
Number, Street, City, State & ZIP Code

Contact phone    **310.229.9900**        Email address    **bmvega@venable.com**
_____        _____

**208236 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Kustom Partner, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gateway Buena Park Inc. 500 N. Broadway #201 Jericho, NY 11753** | | **Lease** | | | | **$70,082.12** |
| **Red Boulder, LLC 2601 Main Street Suite 900 Irvine, CA 92614** | | **Lease** | | | | **$36,625.99** |

# THE LITTLE BROWN BOX PIZZA, LLC

### Written Consent in Lieu of Meeting of Board of Managers

The undersigned, constituting at least a majority of the Board of Managers (the "**Board**") of The Little Brown Box Pizza, LLC, a Delaware limited liability company (the "**Company**"), hereby consent to the adoption of the following resolutions and hereby waive any notices required with respect thereto by law or by the terms of the Company's Limited Liability Company Agreement dated June 9, 2023 (as the same has been or may be amended, restated, replaced, supplemented, or otherwise modified from time to time, the "**LLC Agreement**"), in effect as of the date hereof. Capitalized terms not defined herein shall have the same meaning as set forth in the LLC Agreement.

WHEREAS, it is in the best interests of the Company, its affiliates and subsidiaries, its creditors, and other interested parties for the Company and its affiliates and subsidiaries to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and specifically, if available Chapter 11, Subchapter V of the Bankruptcy Code.

RESOLVED, that the filing of a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries is authorized.

RESOLVED, that Carl Chang, Chairman of the Board, is authorized to execute all documents necessary for the Company and its affiliates and subsidiaries to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including, but not limited to, the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers.

RESOLVED, the Company is authorized to employ Paul J. Battista of Venable LLP to file a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries and to represent the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that Carl Chang is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that to the extent that an officer or member of the Board has taken any action, on behalf of the Company, to implement the resolutions provided herein, prior to the date hereof, all such acts are hereby ratified and approved.

RESOLVED, that Carl Chang be and hereby is authorized to take such other actions as may be necessary, advisable, or appropriate to carry out the intent of the foregoing resolutions.

THESE RESOLUTIONS may be executed in any number of identical counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document. These Resolutions may be executed by electronic delivery of signatures which shall be binding. The undersigned may also deliver executed copies of these Resolutions by electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes. Signature pages may be detached from the counterparts and attached to a single copy of these Resolutions to physically form one document.

[signature page follows]

IN WITNESS WHEREOF, the undersigned have affixed their signatures, it being understood that this action by written consent shall be effective at such time as a majority of the undersigned have executed a copy hereof.

Dated: October 1, 2025

_____
Carl Chang

Dated: October 1, 2025

_____
Donald P. Johns

Dated: October 1, 2025

_____
Anthony J. Gioia

Dated: October 1, 2025

_____
John O'Laughlin

# THE LITTLE BROWN BOX PIZZA, LLC

### Written Consent in Lieu of Meeting of Board of Managers

The undersigned, constituting at least a majority of the Board of Managers (the "***Board***") of The Little Brown Box Pizza, LLC, a Delaware limited liability company (the "***Company***"), hereby consent to the adoption of the following resolutions and hereby waive any notices required with respect thereto by law or by the terms of the Company's Limited Liability Company Agreement dated June 9, 2023 (as the same has been or may be amended, restated, replaced, supplemented, or otherwise modified from time to time, the "***LLC Agreement***"), in effect as of the date hereof. Capitalized terms not defined herein shall have the same meaning as set forth in the LLC Agreement.

WHEREAS, it is in the best interests of the Company, its affiliates and subsidiaries, its creditors, and other interested parties for the Company and its affiliates and subsidiaries to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and specifically, if available Chapter 11, Subchapter V of the Bankruptcy Code.

RESOLVED, that the filing of a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries is authorized.

RESOLVED, that Carl Chang, Chairman of the Board, is authorized to execute all documents necessary for the Company and its affiliates and subsidiaries to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including, but not limited to, the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers.

RESOLVED, the Company is authorized to employ Paul J. Battista of Venable LLP to file a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries and to represent the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that Carl Chang is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that to the extent that an officer or member of the Board has taken any action, on behalf of the Company, to implement the resolutions provided herein, prior to the date hereof, all such acts are hereby ratified and approved.

RESOLVED, that Carl Chang be and hereby is authorized to take such other actions as may be necessary, advisable, or appropriate to carry out the intent of the foregoing resolutions.

THESE RESOLUTIONS may be executed in any number of identical counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document. These Resolutions may be executed by electronic delivery of signatures which shall be binding. The undersigned may also deliver executed copies of these Resolutions by electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes. Signature pages may be detached from the counterparts and attached to a single copy of these Resolutions to physically form one document.

[signature page follows]

IN WITNESS WHEREOF, the undersigned have affixed their signatures, it being understood that this action by written consent shall be effective at such time as a majority of the undersigned have executed a copy hereof.

Dated: September 30, 2025

_____
Carl Chang

Dated: September 30, 2025

_____
Donald P. Johns

Dated: September 30, 2025

_____
Anthony J. Gioia

Dated: September 30, 2025

_____
John O'Laughlin

Kustom Partner, LLC
18101 Von Karman Avenue
Suite 1100
Irvine, CA 92612-0154

Belinda M. Vega
Venable LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

Alabama Department of Revenue
375 South Ripley Street Montgomery,
AL 36104

Arizona Depart of Revenue
PO Box 29086
Phoenix, AZ 85038

California Attorney General Office
Attn: Legal Department
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

California Dept. of Tax and Fee Adm
PO Box 942879
Sacramento, CA 94279

California Employment Develop Dpt
PO Box 826880
Sacramento, CA 94280-0001

California Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0040

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0050


California Treasurer Tax Collector
500 W Temple Street
Los Angeles, CA 90012


City of Bakersfield
1501 Truxtun Avenue
Bakersfield, CA 93301


City of Clovis, California
1033 5th Street
Clovis, CA 93612


City of Commerce
8839 N Cedar Ave
Fresno, CA 93720


City of Cypress
5700 Orange Avenue
Cypress, CA 90630


City of Fresno
2600 Fresno Street
Fresno, CA 93721


City of Fullerton
PO Box 7190
Pasadena, CA 91109

City of Hanford
900 South 10th Avenue
Hanford, CA 93230


City of Hanford, CA
954 Hanford Armona Road
Hanford, CA 93230


City of Hesperia
9700 Seventh Avenue
Hesperia, CA 92345


City of Irvine
1 Civic Center Plaza
Irvine, CA 92606-5207


City of Lakewood
480 S. Allison Pkwy
Denver, CO 80226


City of Long Beach
333 West Ocean Boulevard
Long Beach, CA 90802


City of Long Beach
1 World Trade Center, Suite 101
Long Beach, CA 90831


City of Monterey Park
PO Box 10479
Newport Beach, CA 92658-0479

City of San Leandro
835 E 14th Street
San Leandro, CA 94577


City of St. George
175 N 200 E
Saint George, UT 84770


City of Surprise
16000 N. Civil Center Plaza
Surprise, AZ 85374-7470


City of Thousand Oaks
2100 Thousand Oaks Blvd.
Thousand Oaks, CA 91362


City of Upland
460 N. Euclid Ave
Upland, CA 91786


City of Victorville
14343 Civic Dr
Victorville, CA 92392


City of Visalia
707 W. Acequia Ave.
Visalia, CA 93291


Clark County Tax Collector
500 S Grand Central Pkwy
Las Vegas, NV 89106

Comptroller of Maryland
Revenue Administration Ctr
Taxpayer Service Division
110 Carroll Street
Annapolis, MD 21411


County of Fresno Tax Collector
2281 Tulare Street
Room 105
Fresno, CA 93721


County of Kern
2700 M St Suite 300
Bakersfield, CA 93301


County of Los Angeles- Public Healt
5050 Commerce Drive
Baldwin Park, CA 91706-1423


County of Orange
320 N Flower St, Suite 400
Santa Ana, CA 92703


County of San Bernardino
385 N Arrowhead Ave
San Bernardino, CA 92415


County of San Diego
Office of Revenue and Recovery
San Diego, CA 92112


County of Ventura
800 S. Victoria Avenue
Suite 1700
Ventura, CA 93009

Department of Public Health Fresno
PO Box 11800
Fresno, CA 93775


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100


Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993-0002


Fresno County Tax Collector
2281 Tulare St
Fresno, CA 93724


Gateway Buena Park Inc.
500 N. Broadway #201
Jericho, NY 11753


Gateway Buena Park Inc.
300 N Lake Ave Suite 620
Pasadena, CA 91101


Gateway Buena Park Inc.
500 N. Broadway Suite 201
Jericho, NY 11753


Georgia Department of Revenue
2595 Century Parkway, NE
Atlanta, GA 30345-3173

Hawaii Department of Taxation
PO Box 3559
Honolulu, HI 96811-3559


Idaho State Tax Commission
PO Box 36
Compliance Division
Boise, ID 83722


Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114


Kings County Department of Public
460 Kings County Dr.
Suite 101 / 102
Hanford, CA 93230


Long Beach Tax Collector
1 West Chester Street, Suite 300
Long Beach, NY 11561


Los Angeles County Tax Collector
County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 4515
Santa Ana, CA 92702-4515


North Carolina Dept Revenue
PO Box 25000
Raleigh, NC 27640


Office of Revenue and Recovery
Post Office Box 121909
San Diego, CA 92112

```
Ohio Department of Taxation
4485 Northland Ridge Blvd
Columbus, OH 43229


Orange County Treasurer-Tax Collect
601 N Ross St
Santa Ana, CA 92701


Oregon Department of Revenue
PO Box 14950
Salem, OR 97309-0950


Prince George's Board of License Co
9200 Basil Court, Suite 420
Largo, MD 20774


Red Boulder, LLC
2601 Main Street Suite 900
Irvine, CA 92614


Red Boulder, LLC
1702 Walker Park Rd
Shelton, WA 98584


Small Business Admin.
409 3rd St., SW
Washington, DC 20416


The Little Brown Box Pizza, LLC
18101 Von Karman Avenue
Suite 1100
Irvine, CA 92612-0154
```

Town of Queen Creek
PO Box 64748
Phoenix, AZ 85082


Tulare County Tax Collector
221 S. Mooney Blvd., Room 102-E
Visalia, CA 93291-4593


US Attorney General
400 6th Street NW
Washington, DC 20001


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134


Washington County Tax Collector
111 East Tabernacle St.
Saint George, UT 84770

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Belinda M. Vega**<br>**2049 Century Park East, Suite 3400**<br>**Los Angeles, CA 90067**<br>**310.229.9900 Fax: 310.229.9901**<br>California State Bar Number: **208236 CA**<br>bmvega@venable.com<br><br><br><br><br><br><br><br><br>■ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Kustom Partner, LLC**<br><br>                                  Debtor(s),<br><br>                                  Plaintiff(s),<br><br><br><br><br><br>                                  Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __**Belinda M. Vega**_____ , the undersigned in the above-captioned case, hereby declare
              *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.          I have personal knowledge of the matters set forth in this Statement because:

          ☐ I am the president or other officer or an authorized agent of the Debtor corporation

          ☐ I am a party to an adversary proceeding

          ☐ I am a party to a contested matter

          ■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

          *[For additional names, attach an addendum to this form.]*

  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

---

**December  8, 2025**
Date

By:  **/s/ Belinda M. Vega**
Signature of Debtor, or attorney for Debtor

Name:  **Belinda M. Vega**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**